## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **8:06CR131** |
| | ) | |
| **ALBERT L. CLARK,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

The government's Motion to Continue (Filing No. 14) is granted.

**IT IS ORDERED** that the hearing on defendant's Motion to Suppress (Filing No. 12) is continued to **June 20, 2006,** at **1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 24th day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge