IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR131 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALBERT CLARK, | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion filed by Assistant Federal Public Defender Shannon P. O'Connor to allow him to withdraw from further representation of the Defendant (Filing No. 58).

This offense involved crack cocaine. However, Mr. O'Connor represents to the Court that the Defendant declines to proceed with any remedy he might have under the amendment to the sentencing guidelines regarding crack cocaine.

IT IS ORDERED:

1. The motion filed by Assistant Federal Public Defender Shannon P. O'Connor to allow him to withdraw from further representation of the Defendant (Filing No.58) is granted; and

2. The Federal Public Defender need not appoint a panel attorney under General Order 2008-02.

DATED this 16th day of April, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge