AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:06CR131 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 14963-047 | |
| ) | | |
| ALBERT L. CLARK ) | SHANNON P. O'CONNOR | |
| Defendant. ) | Defendant's Attorney | |
| Date of previous judgment: 1/31/2007 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 42 months is reduced to 34 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 25          Amended Offense Level: 23
Criminal History Category: II         Criminal History Category: II
Previous Guideline Range: 63 to 78 months    Amended Guideline Range: 51 to 63 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated January 31, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 17th day of November, 2008
Effective Date: Monday, December 1, 2008

s/Laurie Smith Camp
United States District Judge